IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:22Cr16 DPJ-FKB

ROBERT WISER BATES

## MOTION TO SEAL

The United States of America requests that the Indictment and all documents filed herein be sealed, and represents the following:

The Grand Jury has returned an Indictment against the Defendant. Revealing the existence of the file and Indictment prior to the arrest of the Defendant would jeopardize law enforcement agents and greatly impede the apprehension of the Defendant. However, the government requests that the U.S. Marshals Service and/or the United States Attorney's Office be allowed to make copies of the indictment, warrant, and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate the arrest and detention of the defendant.

WHEREFORE, the United States requests that the Court SEAL the file and all documents filed including but not limited to the Indictment and Return, and this Motion and the Order to Seal, pending the arrest of the Defendant and that copies be distributed to law enforcement agencies as needed to facilitate the arrest and detention for the defendant.

Respectfully submitted,

DARREN J. LAMARCA
United States Attorney

By: _____
Meghan M. McCalla
Assistant United States Attorney
TX Bar #24070232