IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:22CR16-DPJ-FKB |
| ROBERT WISER BATES | 18 U.S.C. § 115(a)(1)(B)<br>18 U.S.C. § 875(c) |

**The Grand Jury charges:**

COUNT 1

On or about July 28, 2021, in Madison County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **ROBERT WISER BATES**, did threaten to murder R.W., an official whose killing would be a crime under Title 18, United States Code, Section 1114, with intent to impede, intimidate, and interfere with R.W. while she was engaged in the performance of her official duties, and to retaliate against R.W. on account of her official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

COUNT 2

On or about July 28, 2021, in Madison County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **ROBERT WISER BATES**, knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another, to wit: a phone call containing a threat to kill R.W.

All in violation of Title 18, United States Code, Section 875(c).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(C), Title 18, United States Code, and Section 2461, Title 28, United States Code.

*[Signature]*
DARREN J. LAMARCA
United States Attorney

**A TRUE BILL:**
**S/SIGNATURE REDACTED**
**Foreperson of the Grand Jury**

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 8th day of February 2022.

*[Signature]*
UNITED STATES MAGISTRATE JUDGE