PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 3:22cR16-DPJ-FKB

ROBERT WISER BATES
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 8th day of February 2022.

This the 8th day of February 2022.

DARREN J. LAMARCA
United States Attorney

By: _____
MEGHAN M. McCALLA
Assistant U.S. Attorney
TXB # 24070232

Warrant issued:_____

(MMM/FBI)