UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                CRIMINAL NO. 3:22-cr-16-DPJ-FKB

ROBERT WISER BATES

GOVERNMENT'S EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G1 *(11-9-2022)* | CV of Dr. Lisa B. Feldman | Dr. Lisa B. Feldman | | X |
| G2 *(11-9-2022)* | Forensic Evaluation [under seal] | Dr. Lisa B. Feldman | | X |