## LISA B. FELDMAN, PSY.D.
*Florida Licensed Psychologist PY6639*
*date issued: October 19, 2002*

*Federal Detention Center*
*33 Northeast 4th Street*
*Miami, Florida 33132*
*Phone: (305)982-1431*
*Facsimile: (305)982-1413*
*E-Mail Address: lfeldman@bop.gov*

## CURRICULUM VITAE

### EDUCATIONAL HISTORY

8/96-8/01    **Doctor of Psychology**
Nova Southeastern University, APA Accredited Doctoral Program
Fort Lauderdale, Florida

8/96-12/97    **Master of Science in Clinical Psychology**
Nova Southeastern University
Fort Lauderdale, Florida

8/91-5/95    **Bachelor of Arts in Psychology**, *Magna Cum Laude*
*Minor in French*
Pennsylvania State University
University Park, Pennsylvania

### CLINICAL EXPERIENCE

11/06-Present    **Forensic Psychologist**
**United States Department of Justice**
**Federal Detention Center-Miami**
**Federal Bureau of Prisons**
Miami, Florida
**Duties:** Conduct comprehensive forensic psychological examinations, such as criminal responsibility, dangerousness, and trial competency for the federal court system. Provide psychological services including assessment and interventions to correctional populations. Provide training to staff regarding suicide intervention, sexual abuse, sexual abuse prevention, and psychopathology. Supervise doctoral-level practicum students regarding forensic assessment and clinical duties.



GOVERNMENT EXHIBIT G-1

8/04-11/06  **Staff Psychologist**
United States Department of Justice
Federal Detention Center-Miami
Federal Bureau of Prisons
Miami, Florida
**Duties:** Facilitated individual and group psychotherapy to pre-trial and designated inmates. Conducted intake screenings and crisis intervention sessions. Participated as a member of an interdisciplinary staff team in developing, implementing, and assessing program needs and goals. Assisted in development of mental health programs for housing units and in training institution staff regarding how to recognize and deal with emotional, behavioral, and personality disorders. Provided referral services for staff requesting assistance with problems of substance use or emotional problems which are affecting job performance. Supervised doctoral-level practicum students regarding general clinical duties.

7/02-8/04  **Assistant Clinical Coordinator**
Foster Care Plus
**Citrus Health Network, Inc.**
Hialeah, Florida
**Duties:** Coordinated intensive mental health treatment services provided to children and adolescents with emotional and behavioral disturbances who reside in specialized therapeutic foster and group homes and supported foster homes throughout Miami-Dade County. Assessed each child's appropriateness for placement in the program and facilitate suitable matching with foster parents. Directly supervised Specialized Therapeutic Foster Care clinicians and Behavioral Health Overlay Service providers' therapeutic interventions and clinical documentation. Provided on-call crisis intervention and support to treatment team members. Prepared and trained biological/legal parents to resume care of the child when reunification is the goal. Collaborated with members of the Department of Children and Families (DCF), the Department of Juvenile Justice (DJJ), and Family Safety Planning Team to coordinate client treatment initiatives, including academic performance, permanency placement, and reunification planning. Supervised, supported, and trained foster parents to enable each child to resolve his/her emotional, behavioral, or psychiatric difficulties in a highly supportive, individualized, and flexible home setting. Facilitate pre-doctoral internship Assessment Seminar. Supervised psychological/psychoeducational evaluations completed by Doctoral Residents and Pre-Doctoral Interns.
**Supervisors:** Ana Rivas-Vazquez, Ph.D., ABPP & Kimberly McGrath, Psy.D.

5/03-7/04 **Forensic Consultant**
**United States Department of Justice**
Federal Detention Center-Miami
Federal Bureau of Prisons
Miami, Florida
**Duties:** Conducted forensic evaluations of pre-trial inmates charged with federal offenses. Referrals request opinions regarding issues of competency to proceed and criminal responsibility. Administered specialized forensic assessment instruments, cognitive and personality measures. Prepared written reports for the Federal Courts.

9/01-1/03 **Forensic Consultant**
**Forensic and Clinical Psychology Associates, P.A.**
Miami, Florida
**Duties:** Administered cognitive, achievement, personality, and malingering assessment instruments to adolescents and adults referred for court-ordered and private forensic evaluations. Referrals requested opinions on issues of competency to waive Miranda rights and competency to proceed.
**Supervisor:** I. Bruce Frumkin, Ph.D., ABPP

## *CLINICAL TRAINING EXPERIENCE*

9/01-7/02 **Psychology Resident**
**Residential Intensive Treatment Services/**
**Statewide Inpatient Psychiatric Program**
**Citrus Health Network, Inc.**
Hialeah, Florida
**Duties:** Served as Primary Unit Resident of a 14-bed locked residential treatment facility for adolescent boys who were referred through DCF. Provided individual, group, and family therapeutic interventions to clients with severe emotional disturbance and involvement with the legal system. Interventions included sexual offender relapse prevention, crisis intervention, and behavior modification. Directly supervised mental health technicians and provided unit and center-wide staff training activities. Responsible for monitoring staff implementation of token economy/behavior modification program. Provided weekly group supervision to psychology interns. Coordinated clients' multidisciplinary treatment comprised of psychology, psychiatry, nursing, case management, and mental health technicians. Prepared written reports and collaborated with various personnel from DCF and DJJ through active participation in clients' Dependency and Delinquency hearings. Provided discharge planning services to aid in clients' transition to the community. Facilitated a Non-Offending Parent group to parents of children who were victims of sexual abuse. Attended monthly Forensic, Ethics, and Grand Rounds seminars.
**Supervisors:** Ana Rivas-Vazquez, Ph.D., ABPP & Kimberly McGrath, Psy.D.

9/00-8/01     **Psychology Intern**
              **United States Department of Justice**
              **Federal Bureau of Prisons, APA Accredited Predoctoral Internship Program**
              **United States Medical Center for Federal Prisoners**
              Springfield, Missouri
              **Mental Health Evaluation Unit:** Completed forensic evaluations of un-sentenced inmates referred from federal jurisdictions across the country. Referrals requested opinions on issues of competency to proceed, criminal responsibility. Prepared written reports for the Federal Courts that applied various federal legal standards to the referral questions. Responsible for administration, scoring, and interpretation of group and individual psychological testing. Assessed various types of malingering, including cognitive deficits and psychosis, using specialized forensic assessment instruments. Evaluated sentenced inmates transferred from institutions within the Bureau of Prisons to determine the need for inpatient mental health treatment. Co-facilitated a psychoeducational competency restoration group. Assessed each participant's level of progress and provided feedback to forensic evaluators regarding the capacity to proceed to trial.
              **Mental Health Treatment Unit:** Served as a member of a multidisciplinary treatment team composed of psychiatry, psychology, social work, nursing, case management, and corrections. Clinical duties involved diagnostic evaluation, crisis intervention, treatment plan formulation, and involuntary court commitment. Completed psychological reports including risk assessments and discharge summaries. Participated in weekly team meetings. Provided individual therapy and co-facilitated group therapy to patients with chronic mental illness.
              **Medical/Surgical Unit:** Provided consultation and psychological services to inmates receiving medical care for chronic and acute medical conditions. Co-facilitated a special needs groups for patients receiving dialysis and inmates who provided hospice care to medical patients. Conducted organ transplant and neuropsychological evaluations. Performed individual behavioral medicine interventions focusing on coping with illness, pain management, stress reduction, and treatment compliance.
              **Work Cadre Unit/ Substance Abuse Program:** Provided individual therapy to sentenced inmates. Conducted intake screenings, drug education eligibility interviews, and segregation reviews. Co-facilitated the Drug Abuse Education Program for inmates who have committed offenses that involve substance use.
              **Neuropsychological Rotation:** Neuropsychological Associates of Southwest Missouri, P.C. Administered, interpreted, and prepared neuropsychological, dementia, worker's compensation, and comprehensive psychological evaluations to individuals who have sustained traumatic brain injuries. Test battery included the Halstead-Reitan Neuropsychological Test Battery for Adults, as well as a flexible battery approach regarding administration, scoring, and interpretation. Attended weekly didactic seminars and case presentations. Participated in a weekly testing seminar, which focused on various psychodiagnostic measures,

case-law seminar that discussed relevant case law associated with forensic issues and mental health treatment issues, and a neuroanatomy seminar.
**Supervisors:** Mark Carter, Ph.D., Robert L. Denney, Psy.D., ABPP, Richart L. DeMier, Ph.D., David F. Mrad, Ph.D., ABPP, David L. Schlink, Ph.D., & Dale Halfaker, Ph.D.

9/99-4/00 **Psychology Trainee**
Doctoral Practicum Student
**University of Miami School of Medicine**
**Jackson Memorial Medical Center**
Miami, Florida
**Duties:** Provided individual therapy and health-related psychological interventions, including treatment compliance and psycho-education, to End Stage Renal Disease patients on an outpatient dialysis unit. Performed comprehensive intake evaluations conceptualized according to a biopsychosocial theoretical model. Conducted psychological consultations with patients on an inpatient Cardiac Care Unit. Performed intake evaluations and psychological assessments at Camillus Health Concern Clinic, an outpatient medical clinic for homeless and indigent individuals. Attended weekly case conferences composed of a multidisciplinary treatment team.
**Supervisor:** Efrain A. Gonzalez, Psy.D., ABPP

8/98-8/99 **Psychology Trainee**
Doctoral Practicum Student
**United States Department of Justice**
**Federal Bureau of Prisons**
**Federal Detention Center**
Miami, Florida
**Forensic Studies Program:** Completed forensic evaluations and prepared reports for the Federal Courts on competency to stand trial, diminished capacity, and criminal responsibility. Administered cognitive, personality, and specialized forensic assessment instruments. Attended weekly forensic seminars and individual/group supervision.
**Mental Health Services Program:** Conducted intake screenings, crisis interventions, suicide prevention and brief adjustment counseling. Assessed inmates' adjustment in the segregated housing unit, established differential diagnosis, and made psychiatric referrals. Therapy consisted of primarily cognitive-behavioral interventions with male and female inmates incarcerated for federal offenses. Facilitated anger management group for male inmates and a domestic violence group for female inmates.
**On-Site Supervisors:** Marvin R. McCray, Ph.D., Selma De Jesus-Zayas, Ph.D., Rodolfo A. Buigas, Ph.D., Jose A. Gay, Ph.D., and Victor E. Shoukry, Ph.D.
**Intensive Supervisor:** Lenore E. Walker, Ed.D., ABPP

6/97-5/98  **Psychology Trainee**
Doctoral Practicum Student
**Nova Community Clinic for Older Adults**
Nova Southeastern University Community Mental Health Center
Fort Lauderdale, Florida
**Duties:** Provided clinical services for individuals 55 years and older. Performed psychological evaluations. Developed treatment plans. Treatment modalities included cognitive-behavioral and interpersonal/supportive interventions.
**Supervisor:** Alan D. Katell, Ph.D.

## *ADDITIONAL CLINICAL EXPERIENCE*

6/99-3/00  **Psychological Assessment Specialist**
**Brown Schools of Florida at Thresholds Treatment Center**
**Department of Juvenile Justice**
Pembroke Pines, Florida
**Duties:** Conducted psychological screenings and evaluations for children and adolescents who committed sexual offenses.
**Supervisor:** Michael P. Brannon, Psy.D.

3/98-12/98  **Psychometrist**
**Insight Psychological Services, Inc.**
Lauderhill, Florida
**Duties:** Conducted psychoeducational and psychological evaluations for individuals seeking vocational rehabilitation services. Referrals requested the determination of specific learning disabilities, mental retardation, and attention deficit disorder.
**Supervisor:** Linda M. Fishman, Ph.D.

8/96-12/96  **Forensic Clinician, Volunteer**
**Center for Offender Rehabilitation and Education (CORE)**
Nova Southeastern University Community Mental Health Center
Fort Lauderdale, Florida
**Duties:** Facilitated anger management group therapy to female inmates incarcerated at the Broward County Jail.
**Supervisor:** Vincent B. Van Hasselt, Ph.D.

6/95-5/96  Residential Instructor
**ARC Broward, Inc.**
Sunrise, Florida
**Duties:** Designed and implemented behavioral programs for adults with developmental disabilities and psychiatric disorders. Developed specialized behavioral interventions to eliminate chronic maladaptive behaviors.
**Supervisor:** Karen Linforth

EXHIBIT NO. G7 evid.
CAUSE NO. 3:22CR16-DPJ-FKB
WITNESS USA B. Feldman
CLERK: SHONE POWELL

NOV -9 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER