2/21/23

To The Honorable Judge Jordan:

Your Honor, I wanted to submit a statement to you and to the Court at large expressing the reason for my change in legal Council from Michael Scott to Joe Hollomon. On our last Court appearance, December 19th, 2022, Mr. Scott convinced me with certainty to sign a plea agreement proposed and accepted by the prosecution stating that I would be sentenced from ten (10) to sixteen (16) months at the lower 50% equaling thirteen (13) months based on a points score totaling 12, i.e., 14-2 for acceptance of guilt. I did this in good faith that the prosecution and Mr. Scott were in agreement, and that they had taken into account all the details and circumstances of the offense; feeling the plea was reasonable, congruent, and reflective of the crime.

On that same date, you specifically asked the prosecution if that was the best offer they could provide; and they stated that was affirmative. Mr. Scott then asked you if we could move the date of the Court appearance for sentencing up from March 20th, 2023 to March 7th, 2023 in order for the hearing to fall within the date of the plea's guideline range (13 months), with which you agreed.

I wanted this information to be entered into the case file, in an effort to let you know that there is a discrepancy between the plea terms I faithfully signed on December 19th, 2022 and the results of the Pre-Sentencing Investigation (PSI). The PSI states points totaling 17, i.e., 20-3 for acceptance of guilt equaling 24-30 months. It is important for me to let you know that I lost confidence in my previous legal Council after he admitted to me, on his last visit to Madison County Detention Center, February 16th, 2023, that this 5 point discrepancy was "his fault". I feel that he mishandled the details of my case over a 12 month period, by offering an uninformed plea, incorrect information, and faulty legal advice.

I am hoping that my new Council, Mr. Hollomon, can negotiate a suitable bargain between this 5 point discrepancy, that the prosecution is happy with, and most importantly you accept as reasonable for my punishment

I am sincerely dissapointed in my brash actions and my negligent, nonsensical, crude, perverse, grandious voicemail diatribes. I let my temper get the best of me, however I am not, nor never have been, a violent person. Truthfully, I pray the world can find an equilibrium of peace and prosperity for all. It is the heartbreaking deterioration of pragmatism, morality, and civilization which has become so apparent in our society's priorities and media culture that drove my brazen actions and verbose words. Yet these calls do not reflect my true character, rather abberrant behavior from my normal demenor. I wish no threats, ill will, or pain on anyone, and clearly my actions are not the solution.
In closing, I believe I have learned my lesson, and only wish to get back to my beautiful wife and our Tibetian pugs as soon as possible, to act as a peaceful, benevolent, productive member of society.
Thank you for your time and consideration.
Sincerely,
Robert Wiser Bates

*Robert Wiser Bates*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 28 2023
ARTHUR JOHNSTON
BY _____ DEPUTY